IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| J.G., *et al.*<br><br>              Plaintiffs,<br><br>vs.<br><br>JONES, *et al.*<br><br>              Defendants. | Case No. 1:17-cv-01171<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge David A. Ruiz |

**JOINT MOTION FOR STAY OF CASE AND
CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

The parties have agreed to mediate their dispute with Michael N. Ungar. Accordingly—to avoid potentially unnecessary expenditures of party and Court resources—all parties jointly ask the Court to continue the case-management conference currently scheduled for August 3, 2017, and for a general stay of proceedings (including Defendants' answer date), to afford the parties the opportunity to pursue a negotiated resolution. If the parties are unable to resolve the

case through mediation, the parties (or any one of them) will notify the Court and request that the Court resume the customary litigation schedule. The parties will notify the Court of the mediation's status by September 29, 2017.

To facilitate the parties' pre-mediation exchange of records, the parties are contemporaneously filing a joint request for the Court to enter a stipulated protective order to govern confidential information in the case.

Date: July 31, 2017

Respectfully submitted,

| THE CHANDRA LAW FIRM LLC | LEWIS BRISBOIS BISGARD & SMITH |
|---|---|
| */s/ Marvin C. Brown IV* | */s/ Joseph M. Fiorello [per consent]* |
| Subodh Chandra (0069233) | Joseph M. Fiorello (0090436) |
| Ashlie Case Sletvold (0076477) | Todd A. Gray (0071568) |
| Marvin C. Brown IV (0096128) | 1375 E. 9th St., Suite 2250 |
| The Chandra Law Firm LLC | Cleveland, Ohio 44114 |
| The Chandra Law Building | T: 216.344.9422 |
| 1265 West 6th St., Suite 400 | F: 216.344.9421 |
| Cleveland, Ohio 44113 | Joseph.Fiorello@LewisBrisbois.com |
| T: 216.578.1700 | Todd.Gray@LewisBrisbois.com |
| F: 216.578.1800S | |
| Subodh.Chandra@chandralaw.com | *Counsel for Defendant Kevin Jones* |
| Ashlie.Sletvold@chandralaw.com | |
| Marvin.Brown@chandralaw.com | |

*Counsel for Plaintiffs J.G. and D.J.*

| MAZANEC, RASKIN & RYDER | CNA INSURANCE COMPANIES |
|---|---|
| */s/ James A. Climer [per consent]* | */s/ Cornelius O'Sullivan Jr. [per consent]* |
| James A. Climer (001532) | Cornelius O'Sullivan Jr. (0046883) |
| 100 Franklin's Row | The Law Offices of Gregg Peugeot |
| 34305 Solon Road | 6480 Rockside Woods Blvd. South, Suite 145 |
| Cleveland, Ohio 44139 | Independence, Ohio 44131 |
| T: 440.287.8290 | T:216.525.7393 |
| F: 440.248.8861 | F: 866.495.8690 |
| JClimer@mrrlaw.com | Cornelius.O'Sullivan@cna.com |
| *Counsel for Defendants Gary Crumley, Kevin Kohuth, Nicholas Rebraca Jr., Darren Smykoswki.* | *Counsel for Defendant Lakewood Public Library* |

## CERTIFICATE OF SERVICE

The foregoing document was served on all parties by operation of the Court's e-filing system on July 31, 2017:

*/s/ Marvin C. Brown IV*
*One of the Attorneys for the Plaintiffs*