IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| J.G., *et al.* <br><br>            Plaintiffs, <br><br> vs. <br><br> Kevin Jones, *et al.* <br><br>            Defendants. | Case No. 1:17-cv-01171 <br><br> Judge Donald C. Nugent <br><br> Magistrate Judge David A. Ruiz |

| |
|---|
| **STIPULATED DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANTS CRUMLEY, KOHUTH, REBRACA JR., AND SMYKOSWKI** |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully stipulate that Defendants Gary Crumley, Kevin Kohuth, Nicolas Rebraca Jr., and Darren Smykowski are dismissed without prejudice, those Defendants to bear court costs.

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

/s/ Marvin C. Brown IV
Subodh Chandra (0069233)
Ashlie Case Sletvold (0076477)
Marvin C. Brown IV (0096128)
The Chandra Law Firm LLC
The Chandra Law Building
1265 West 6th St., Suite 400
Cleveland, Ohio 44113
T: 216.578.1700
F: 216.578.1800S
Subodh.Chandra@chandralaw.com
Ashlie.Sletvold@chandralaw.com
Marvin.Brown@chandralaw.com

Counsel for Plaintiffs J.G. and D.J.

LEWIS BRISBOIS BISGARD & SMITH

/s/ Joseph M. Fiorello [per consent]
Joseph M. Fiorello (0090436)
Todd A. Gray (0071568)
1375 E. 9th St., Suite 2250
Cleveland, Ohio 44114
T: 216.344.9422
F: 216.344.9421
Joseph.Fiorello@LewisBrisbois.com
Todd.Gray@LewisBrisbois.com

Counsel for Defendant Kevin Jones

MAZANEC, RASKIN & RYDER

/s/ James A. Climer [per consent]
James A. Climer (001532)
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
T: 440.287.8290
F: 440.248.8861
JClimer@mrrlaw.com

Counsel for Defendants Gary Crumley, Kevin Kohuth, Nicholas Rebraca Jr., Darren Smykoswki, and City of Lakewood

CNA INSURANCE COMPANIES

/s/ Cornelius O'Sullivan Jr. [per consent]
Cornelius O'Sullivan Jr. (0046883)
The Law Offices of Gregg Peugeot
6480 Rockside Woods Blvd. South, Suite 145
Independence, Ohio 44131
T:216.525.7393
F: 866.495.8690
Cornelius.O'Sullivan@cna.com

Counsel for Defendant Lakewood Public Library

## CERTIFICATE OF SERVICE

The foregoing document was served on all parties by operation of the Court's e-filing system on March 2, 2018:

/s/ Marvin C. Brown IV
One of the Attorneys for the Plaintiffs