IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| J.G., *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> Kevin Jones, *et al.* <br><br> Defendants. | Case No. 1:17-cv-01171 <br><br> Judge Donald C. Nugent <br><br> Magistrate Judge David A. Ruiz |
| **STIPULATED DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANTS CRUMLEY, KOHUTH, REBRACA JR., AND SMYKOSWKI** ||

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully stipulate that Defendants Gary Crumley, Kevin Kohuth, Nicolas Rebraca Jr., and Darren Smykowski are dismissed **with prejudice**, those Defendants to bear court costs.

These defendants were previously dismissed without prejudice.

Respectfully submitted,

| THE CHANDRA LAW FIRM LLC | LEWIS BRISBOIS BISGARD & SMITH |
|---|---|
| */s/ Ashlie Case Sletvold* | */s/ Joseph M. Fiorello [per consent]* |
| Subodh Chandra (0069233) | Joseph M. Fiorello (0090436) |
| Ashlie Case Sletvold (0076477) | Todd A. Gray (0071568) |
| Patrick Haney (0092333) | 1375 E. 9th St., Suite 2250 |
| The Chandra Law Firm LLC | Cleveland, Ohio 44114 |
| The Chandra Law Building | T: 216.344.9422 |
| 1265 West 6th St., Suite 400 | F: 216.344.9421 |
| Cleveland, Ohio 44113 | Joseph.Fiorello@LewisBrisbois.com |
| T: 216.578.1700 | Todd.Gray@LewisBrisbois.com |
| F: 216.578.1800S | |
| Subodh.Chandra@chandralaw.com | *Counsel for Defendant Kevin Jones* |
| Ashlie.Sletvold@chandralaw.com | |
| Patrick.Haney@chandralaw.com | |
| | |
| *Counsel for Plaintiffs J.G. and D.J.* | |

| MAZANEC, RASKIN & RYDER | CNA INSURANCE COMPANIES |
|---|---|
| */s/ James A. Climer [per consent]* | */s/ Cornelius O'Sullivan Jr. [per consent]* |
| James A. Climer (001532) | Cornelius O'Sullivan Jr. (0046883) |
| 100 Franklin's Row | The Law Offices of Gregg Peugeot |
| 34305 Solon Road | 6480 Rockside Woods Blvd. South, Suite 145 |
| Cleveland, Ohio 44139 | Independence, Ohio 44131 |
| T: 440.287.8290 | T:216.525.7393 |
| F: 440.248.8861 | F: 866.495.8690 |
| JClimer@mrrlaw.com | Cornelius.O'Sullivan@cna.com |
| | |
| *Counsel for Defendants Gary Crumley, Kevin Kohuth, Nicholas Rebraca Jr., Darren Smykoswki, and City of Lakewood* | *Counsel for Defendant Board of Trustees of the Lakewood Public Library* |

**CERTIFICATE OF SERVICE**

I certify that the above document was filed using the Clerk's ECF system, which will send notification to all counsel of record.

*/s/Ashlie Case Sletvold*
*One of the Attorneys for the Plaintiffs*