IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| J.G., *et al.*<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JONES, *et al.*<br><br>　　　　　Defendants. | Case No. 1:17-cv-01171<br><br>Judge Donald C. Nugent<br><br>Magistrate Judge David A. Ruiz |
| **STIPULATED DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) OF DEFENDANT LAKEWOOD PUBLIC LIBRARY** | |

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties respectfully stipulate that Plaintiffs' claims against Defendant Lakewood Public Library are settled and dismissed with prejudice, with the Library to bear court costs.

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

/s/ Ashlie Case Sletvold
Subodh Chandra (0069233)
Ashlie Case Sletvold (0076477)
Patrick Haney (0092333)
The Chandra Law Firm LLC
The Chandra Law Building
1265 West 6th St., Suite 400
Cleveland, Ohio 44113
T: 216.578.1700
F: 216.578.1800S
Subodh.Chandra@chandralaw.com
Ashlie.Sletvold@chandralaw.com
Patrick.Haney@chandralaw.com

*Counsel for Plaintiffs J.G. and D.J.*

LEWIS BRISBOIS BISGARD & SMITH

/s/ Joseph M. Fiorello [per consent]
Joseph M. Fiorello (0090436)
Todd A. Gray (0071568)
1375 E. 9th St., Suite 2250
Cleveland, Ohio 44114
T: 216.344.9422
F: 216.344.9421
Joseph.Fiorello@LewisBrisbois.com
Todd.Gray@LewisBrisbois.com

*Counsel for Defendant Kevin Jones*

MAZANEC, RASKIN & RYDER

/s/ James A. Climer [per consent]
James A. Climer (001532)
100 Franklin's Row
34305 Solon Road
Cleveland, Ohio 44139
T: 440.287.8290
F: 440.248.8861
JClimer@mrrlaw.com

*Counsel for Defendants Gary Crumley, Kevin Kohuth, Nicholas Rebraca Jr., Darren Smykoswki, and City of Lakewood*

CNA INSURANCE COMPANIES

/s/ Cornelius O'Sullivan Jr. [per consent]
Cornelius O'Sullivan Jr. (0046883)
The Law Offices of Gregg Peugeot
6480 Rockside Woods Blvd. South, Suite 145
Independence, Ohio 44131
T:216.525.7393
F: 866.495.8690
Cornelius.O'Sullivan@cna.com

*Counsel for Defendant Board of Trustees of the Lakewood Public Library*

### CERTIFICATE OF SERVICE

I certify that the above document was filed using the Clerk's ECF system, which will send notification to all counsel of record.

/s/ Ashlie Case Sletvold
*One of the Attorneys for the Plaintiffs*