# IN THE UNITED STATES DISRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

J.G., by and through her next friend,
SABRINA ROBINSON, et al.

    Plaintiffs,

 v.

OFFICER KEVIN JONES, et al.

    Defendants.

Case No.: 1:17-cv-01171

Judge: Donald C. Nugent

**DEFENDANTS KEVIN JONES AND THE CITY OF LAKEWOOD'S MOTION REQUESTING A STATUS CONFERENCE PRIOR TO ANY MOTION PRACTICE CONCERNING ATTORNEY FEES AND COSTS IN CONNECTION WITH COURT'S AUGUST 3, 2018, JUDGMENT ENTRY**

    Now come Defendants, Kevin Jones and the City of Lakewood ("Defendants"), and respectfully request this Honorable Court schedule a status conference with the parties due to a dispute that has arisen concerning Defendants Kevin Jones and the City of Lakewood's Second Offer of Judgment and the Plaintiffs' Notice of Acceptance of Defendants Second Offer of Judgment. Defendants request a status conference to apprise the Court of the dispute concerning the aforementioned Second Offer of Judgment prior to engaging in motion practice concerning the Court's August 3, 2018, Judgment Entry.

    The parties have discussed the dispute arising from Defendants Kevin Jones and the City of Lakewood's Second Offer of Judgment, but have not been able to resolve the dispute without the Court's intervention. Therefore, Defendants request a status conference with the Court prior to engaging in drawn out motion practice. This Motion is not being filed to unduly burden, harass, or delay the matter. Rather, Defendants seek a status conference in the attempt to avoid the delay which would result from motion practice.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Todd A. Gray* | */s/ James A. Climer* |
| Todd A. Gray (0071568) | James A. Climer (0001532) |
| Joseph Fiorello (0090436) | MAZANEC, RASKIN, & RYDER CO., L.P.A. |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | 100 Franklin's Row |
| 1375 E. 9th Street, Suite 2250 | 34305 Solon Road |
| Cleveland, OH 44114 | Cleveland, OH 44139 |
| Telephone: 216.344.9422 | (440) 248-7906 |
| Fax: 216.344.9421 | (440) 248-8861 – Fax |
| Todd.Gray@lewisbrisbois.com | jclimer@mrrlaw.com |
| Joseph.Fiorello@lewisbrisbois.com | |
| *Counsel for Defendant Kevin Jones* | |
| | Of Counsel: |
| | Kevin Butler (0074204) |
| | Law Director |
| | Lakewood City Hall |
| | 12650 Detroit Avenue |
| | Lakewood, OH 44107 |
| | (216) 529-6034 |
| | Kevin.Butler@lakewoodoh.net |
| | |
| | *Counsel for Defendant the City of Lakewood* |

## CERTIFICATE OF SERVICE

      I hereby certify that *Defendants Kevin Jones and the City of Lakewood's Motion Requesting a Status Conference Prior to Any Motion Practice Concerning Attorney Fees and Costs in Connection with the Court's August 3, 2018, Judgment Entry* was sent to the following on this 22nd day of August, 2018:

Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com

*Attorneys for Plaintiffs*

Cornelius J. O'Sullivan, Jr. (0046883)
Ohio Litigation Counsel
6480 Rockside Woods Blvd. S., Suite 145
Independence, OH 44131
216-525-7390 (Phone)
866-495-8690 (Fax)
Cornelius.osullivan@cna.com

*Attorney for Defendant Board of Trustees of the Lakewood Public Library*

      */s/ Todd A. Gray*
      Todd A. Gray, Esq.
      *Counsel for Defendant Kevin Jones*