

# INVOICE

Invoice # 1175
Date: 08/21/2018
Due Upon Receipt

1265 West 6th Street, Suite 400
Cleveland, Ohio 44113-1326
United States

Sabrina Robinson

## J.G. and D.J. v. Jones, et al.

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11/16/2016 | Ashlie Sletvold | Draft public-records requests to City and Library. | 0.40 | $400.00 | $160.00 |
| 11/30/2016 | Ashlie Sletvold | Discussion with M. Brown regarding response from Lakewood to public-records request. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 12/02/2016 | Subodh Chandra | Meeting with J.G., her parents, and M. Brown. | 2.00 | $500.00 | $1,000.00 |
| 12/02/2016 | Marvin Brown | Meet with S. Chandra, J.G., and parents. (2 hours waived) | 2.00 | $265.00 | $0.00 |
| 12/06/2016 | Subodh Chandra | Discussion with P. Kirsanow, counsel for Lakewood Public Library, re obtaining access to video of incident. Attention to update from City of Lakewood to personnel-file public-records requests. | 0.20 | $500.00 | $100.00 |
| 12/11/2016 | Subodh Chandra | Attention to communications of assistant law director in response to public-records requests. | 0.10 | $500.00 | $50.00 |
| 12/12/2016 | Subodh Chandra | Communications with M. Brown and A. Sletvold re additional public-records requests. | 0.10 | $500.00 | $50.00 |
| 12/22/2016 | Marvin Brown | Reviewed personnel files provided by Lakewood. | 0.50 | $265.00 | $132.50 |
| 12/23/2016 | Subodh Chandra | Meeting with D.J. and his parents. Communications with P. Kirsanow, Lakewood Public Library counsel. | 1.70 | $500.00 | $850.00 |
| 12/23/2016 | Marvin Brown | Meeting with D.J. and his parents. Drafted Monell public-records request complaint. (2.0 hours waived) | 2.00 | $265.00 | $0.00 |



EXHIBIT 1B

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/03/2017 | Marvin Brown | Drafting complaint and reviewed police body camera footage. | 1.10 | $265.00 | $291.50 |
| 01/03/2017 | Subodh Chandra | Review and discuss with co-counsel body-cam video from officers with M. Brown; further discussion regarding obtaining library video, potential defendants. | 0.80 | $500.00 | $400.00 |
| 01/05/2017 | Marvin Brown | Reviewed personnel file of Kevin Jones, spoke with T. Pavlish for investigation with J. Greenewood, coordinated investigation with S. Robinson, and continued drafting complaint. | 2.90 | $265.00 | $768.50 |
| 01/06/2017 | Subodh Chandra | Communications regarding information sent by client family and continued efforts by M. Brown to obtain video from library. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 01/06/2017 | Marvin Brown | Continued drafting complaint; reviewed recently received medical records from MetroHealth; sent email to Lakewood Library counsel, P. Kirsanow, with the requested family waiver to obtain video. | 3.00 | $265.00 | $795.00 |
| 01/08/2017 | Marvin Brown | Reviewed public-records request from Lakewood and continued drafting complaint. | 3.30 | $265.00 | $874.50 |
| 01/09/2017 | Marvin Brown | Continued drafting complaint. (1.3 hours waived) | 1.30 | $265.00 | $0.00 |
| 01/12/2017 | Ashlie Sletvold | Return call to insurance adjuster, S. Schroler. | 0.30 | $400.00 | $120.00 |
| 01/24/2017 | Ashlie Sletvold | Discussion with insurance adjuster, S. Schroler, regarding access to video and presuit resolution; update co-counsel on discussion. | 0.10 | $400.00 | $40.00 |
| 01/24/2017 | Subodh Chandra | Attention to update re J.G. deteriorating PTSD condition and hospitalization. Attention to A. Sletvold communications with Lakewood insurance adjuster. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 02/21/2017 | Marvin Brown | Met with Lakewood counsel J. Swallow to view library surveillance videotapes; discussed case with A. Sletvold and S. Chandra. | 2.50 | $265.00 | $662.50 |
| 03/02/2017 | Marvin Brown | Started drafting protective order and call to S. Robinson. (0.6 hours waived) | 0.60 | $265.00 | $0.00 |
| 03/03/2017 | Marvin Brown | Drafted confidentiality agreement for mediation. | 1.50 | $265.00 | $397.50 |
| 03/07/2017 | Ashlie Sletvold | Review/revise draft mediation-confidentiality agreement; communicate with M. Brown and S. Chandra regarding same. | 0.50 | $400.00 | $200.00 |
| 03/08/2017 | Marvin Brown | Incorporated A. Sletvold's edits to confidentiality agreement. (1.6 hours waived) | 1.60 | $265.00 | $0.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/15/2017 | Subodh Chandra | Tel. call with Jennifer Swallow, Lakewood Assistant Law Director, returning call to Director of Law Kevin Butler. Delegate drafting task to M. Brown. | 0.20 | $500.00 | $100.00 |
| 03/17/2017 | Subodh Chandra | Discussion with M. Brown. Edit and add content to letter to law director Butler re public-records demand and potential mediation. | 0.50 | $500.00 | $250.00 |
| 03/21/2017 | Ashlie Sletvold | Discussion with P. Kirsanow and M. Brown regarding public-records request; discussion with M. Brown regarding pursuing court of claims matter for non-compliance. (0.2 hours waived) | 0.20 | $400.00 | $0.00 |
| 03/22/2017 | Ashlie Sletvold | Review authority provided by library counsel regarding images of minors; legal research regarding same; respond to email from library counsel; update Lakewood counsel regarding library dispute over video; discussion with S. Chandra regarding earlier discussion with J. Swallow. | 0.30 | $400.00 | $120.00 |
| 03/23/2017 | Marvin Brown | Prepared Court of Claims filing against Lakewood library for failing to timely provide surveillance videos. (0.5 hours waived) | 0.50 | $265.00 | $0.00 |
| 03/24/2017 | Subodh Chandra | Communications with law director and co-counsel re videos and mediation. | 0.20 | $500.00 | $100.00 |
| 03/24/2017 | Marvin Brown | Organized retrieval of videos from Lakewood and reviewed videos. | 1.00 | $265.00 | $265.00 |
| 03/24/2017 | Ashlie Sletvold | Call to J. Swallow re failure to provide video; review emails with K. Butler regarding producing video; review meritless objections to providing video from P. Kirsinaw. | 0.20 | $400.00 | $80.00 |
| 03/29/2017 | Marvin Brown | Spoke with clients father and organized a time to review the videos. (0.1 hours waived) | 0.10 | $265.00 | $0.00 |
| 04/03/2017 | Ashlie Sletvold | Meet with J.G. parents to review portions of surveillance videos; discussions with co-counsel regarding additional public records. | 1.00 | $400.00 | $400.00 |
| 04/03/2017 | Marvin Brown | Reviewed library surveillance videos with J.G. parents. (1.2 hours waived) | 1.20 | $265.00 | $0.00 |
| 04/04/2017 | Marvin Brown | Drafted public-records request to Lakewood. | 0.20 | $265.00 | $53.00 |
| 04/05/2017 | Ashlie Sletvold | Review draft public-records requests and provide feedback to M. Brown. | 0.20 | $400.00 | $80.00 |
| 04/14/2017 | Subodh Chandra | Edit draft confidential mediation agreement. Discussion with M. Brown re same and delegate transmittal and comments to Director Butler. | 0.30 | $500.00 | $150.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/2017 | Marvin Brown | Responded to emails from S. Chandra on mediation process; updated Ms. Robinson on case status; reviewed and updated confidentiality agreement. | 0.50 | $265.00 | $132.50 |
| 04/17/2017 | Ashlie Sletvold | Discussion with co-counsel regarding mediation overtures. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 05/19/2017 | Marvin Brown | Edited confidentiality agreement and emailed to opposing counsel. | 0.20 | $265.00 | $53.00 |
| 05/23/2017 | Marvin Brown | Worked on draft complaint; spoke with Ms. Robinson to update her family on the current status. (2.5 hours waived) | 2.50 | $265.00 | $0.00 |
| 05/24/2017 | Marvin Brown | Continued working on drafting the complaint. | 1.00 | $265.00 | $265.00 |
| 05/25/2017 | Ashlie Sletvold | Discussion with M. Brown regarding library request for additional time to consider mediation proposal; discussion of library liability. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 05/25/2017 | Subodh Chandra | Editing complaint for M. Brown. (0.5 hours waived) | 0.50 | $500.00 | $0.00 |
| 05/30/2017 | Ashlie Sletvold | Return call to library insurer. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 06/01/2017 | Subodh Chandra | Attention to correspondence with counsel for library re potential mediation and failure to insurance representative to respond; weigh in on same. Complaint brainstorming/strategy meeting with M. Brown and A. Sletvold. | 1.00 | $500.00 | $500.00 |
| 06/01/2017 | Marvin Brown | Researched failure-to-train claim under the facts; revised complaint. (2 hours waived) | 4.00 | $265.00 | $530.00 |
| 06/01/2017 | Subodh Chandra | Attention to correspondence with counsel for library re potential mediation and failure to insurance representative to respond; weigh in on same. Complaint brainstorming/strategy meeting with M. Brown and A. Sletvold. | 1.00 | $500.00 | $500.00 |
| 06/01/2017 | Subodh Chandra | Attention to correspondence with counsel for library re potential mediation and failure to insurance representative to respond; weigh in on same. Complaint brainstorming/strategy meeting with M. Brown and A. Sletvold. | 1.00 | $500.00 | $500.00 |
| 06/05/2017 | Subodh Chandra | Revisions to and discussions with co-counsel re strategies on causes of action in complaint. Delegate complaint filing. Tel. call to Mrs. Robinson. (2.8 hours waived) | 2.80 | $500.00 | $0.00 |
| 06/05/2017 | Ashlie Sletvold | Review/revise draft complaint; discussions with co-counsel regarding status and strategy; review and discuss email from City again | 5.00 | $400.00 | $2,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | requesting additional time; call with S. Robinson; finalize materials for filing. | | | |
| 06/05/2017 | Marvin Brown | Edited and helped file complaint. (2.9 hours waived) | 2.90 | $265.00 | $0.00 |
| 06/06/2017 | Subodh Chandra | Attention to docket entries. Attention to witness information. | 0.70 | $500.00 | $350.00 |
| 06/07/2017 | Tyra Robinson | Phone interview with Eric Deamer and write-up of the interview. (0.8 hours waived) | 0.80 | $150.00 | $0.00 |
| 06/07/2017 | Subodh Chandra | Attention to information provided by witness. Delegate witness interview to law clerk. Attention to report of witness interview. | 0.30 | $500.00 | $150.00 |
| 06/07/2017 | Ashlie Sletvold | Discussion with S. Chandra regarding witness with past interaction with K. Jones at Library; discussions of division of labor for follow-up public-records requests. (0.2 hours waived) | 0.20 | $400.00 | $0.00 |
| 06/13/2017 | Tyra Robinson | Drafting public-records requests to City of Lakewood Library, City of Lakewood Police Department and City of Cleveland. (3.5 hours waived) | 3.50 | $150.00 | $0.00 |
| 06/14/2017 | Subodh Chandra | Attention to information regarding potential expert. Delegate follow-up to colleague. (0.1 hrs waived.) | 0.10 | $500.00 | $0.00 |
| 06/14/2017 | Patrick Haney | Discuss protective order with T. Robinson and direct her to model language. (0.2 hours waived) | 0.20 | $295.00 | $0.00 |
| 06/15/2017 | Tyra Robinson | Revising public-records requests to City of Lakewood Public Library, City of Lakewood Police Department and City of Cleveland. (1.2 hours waived) | 1.20 | $150.00 | $0.00 |
| 06/16/2017 | Tyra Robinson | Revising proposed stipulated protective order and motion for entry. (3.5 hours waived) | 3.50 | $150.00 | $0.00 |
| 06/19/2017 | Subodh Chandra | Discussions re anonymous call information, public-records information, and inquiry from Medicare. | 0.20 | $500.00 | $100.00 |
| 06/21/2017 | Subodh Chandra | Attention to reports re mayoral comments on case and consideration of evidentiary avenues presented by the same. | 0.50 | $500.00 | $250.00 |
| 06/22/2017 | Marvin Brown | Reviewed protective order and public-record requests to Lakewood. | 1.00 | $265.00 | $265.00 |
| 06/22/2017 | Subodh Chandra | Attention to communications among counsel re waivers of service and appearances; communications with co-counsel re additional fact investigation needed. | 0.20 | $500.00 | $100.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/2017 | Marvin Brown | Reviewed and sent out public-records requests. | 0.90 | $265.00 | $238.50 |
| 06/23/2017 | Ashlie Sletvold | Discussion with library counsel; send service waiver and mediation proposal; direct paralegal regarding transmitting video; update S. Chandra and M. Brown on discussion; direct M. Brown regarding collection of medical expenses and updated insurance picture. (0.7 hours waived) | 0.70 | $400.00 | $0.00 |
| 06/23/2017 | Brian Bardwell | Library phone call. (0.3 hours waived) | 0.30 | $150.00 | $0.00 |
| 07/11/2017 | Subodh Chandra | Read letter from counsel for Lakewood library agreeing to mediation and requesting documents; discussion with co-counsel re merits of requests; tel. calls and messages to City of Lakewood law director Kevin Butler and outside counsel Jim Climer. Tel. call with Climer and A. Sletvold re mediation, need for stipulated protective order, document exchange. (.3 hours waived) | 0.30 | $500.00 | $0.00 |
| 07/14/2017 | Ashlie Sletvold | Review/revise draft stipulated protective order, motion for entry, and motion to continue CMC and stay deadlines pending mediation; discussion with M. Brown regarding drafts. | 0.40 | $400.00 | $160.00 |
| 07/17/2017 | Ashlie Sletvold | Discussion with M. Brown regarding timing of follow up to defense counsel regarding mediation. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 07/19/2017 | Ashlie Sletvold | Discussion with M. Brown regarding defense counsel's failure to follow up and our need to collect educational and dental records; call to C. O'Sullivan regarding mediation. (0.2 hours waived) | 0.20 | $400.00 | $0.00 |
| 07/19/2017 | Marvin Brown | Spoke to S. Robinson regarding collecting records requested by defense for mediations; started prep for document collection; called schools for information on collecting personal records; emailed opposing counsel and conferred internally with A. Sletvold and S. Chandra on next steps) | 2.00 | $265.00 | $530.00 |
| 07/24/2017 | Ashlie Sletvold | Discussion with M. Brown regarding coordinating with defense counsel regarding joint motions for protective order and to continue CMC pending mediation; review library's motion to excuse presence of lead counsel at CMC. | 0.20 | $400.00 | $80.00 |
| 07/25/2017 | Marvin Brown | Called and emailed educational institutions to obtain academic records requested by defense for mediation. | 1.40 | $265.00 | $371.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/2017 | Subodh Chandra | Attention to correspondence among counsel regarding protective order, in particular opposing counsel for Lakewood balking at agreeing to the Court's own stipulated protective order form. Conferral among co-counsel re how to handle this odd behavior. Directives regarding same. | 0.20 | $500.00 | $100.00 |
| 07/27/2017 | Ashlie Sletvold | Review email traffic on protective order; discussions internally re Lakewood counsel resistance to N.D. Ohio standard form. (0.2 hours waived) | 0.20 | $400.00 | $0.00 |
| 07/28/2017 | Marvin Brown | Began draft of 26(f) motion and spoke to opposing counsel about joint motion for a continuance. | 0.90 | $265.00 | $238.50 |
| 07/29/2017 | Subodh Chandra | Communications with Marvin Brown re his coordination with various opposing counsel about stipulated protective order. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 08/01/2017 | Ashlie Sletvold | Discussion with M. Brown re arranging mediation with M. Ungar; discussion of outstanding public-records request responses from Library and City; reach out to Ungar's office for October mediation dates. | 0.20 | $400.00 | $80.00 |
| 08/01/2017 | Marvin Brown | Discuss with A. Sletvold completing public-records collection and mediation. (0.2 hours waived) | 0.20 | $265.00 | $0.00 |
| 08/03/2017 | Marvin Brown | Drafted responses to Cleveland and Lakewood Library regarding public-records requests. | 1.00 | $265.00 | $265.00 |
| 08/04/2017 | Ashlie Sletvold | Review and respond to email from J. Climer regarding mediation scheduling; respond to email from mediator's assistant regarding dates to hold and release and requesting additional options. | 0.10 | $400.00 | $40.00 |
| 08/24/2017 | Ashlie Sletvold | Follow up with defense counsel and mediator re dates. | 0.20 | $400.00 | $80.00 |
| 08/28/2017 | Ashlie Sletvold | Review and respond to emails re mediation and scheduling; review and respond to letter from C. O'Sullivan regarding records; discussion with M. Brown regarding records collection. | 0.30 | $400.00 | $120.00 |
| 08/29/2017 | Ashlie Sletvold | Review and respond to message from mediator's assistant, M. Crick, regarding mediation; review and respond to message from C. O'Sullivan regarding records collection and public-records response; communicate with M. Brown regarding meeting with clients; | 0.20 | $400.00 | $80.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | review message from A. Lehman re public-records response; follow-up with S. Zaranko re public-records response. | | | |
| 09/06/2017 | | Marvin Brown | Met with clients parents to discuss next steps for mediation. (1 hour waived) | 1.00 | $265.00 | $0.00 |
| 09/06/2017 | | Ashlie Sletvold | Meeting with J.G. and D.J. parents and M. Brown regarding status and strategy. (1.8 hours waived) | 1.80 | $400.00 | $0.00 |
| 09/28/2017 | | Marvin Brown | Drafted joint status report to update court on mediation process. | 0.50 | $265.00 | $132.50 |
| 09/28/2017 | | Subodh Chandra | Edit and approve draft joint status report. Communications with co-counsel regarding potential complaint amendments. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 09/29/2017 | | Subodh Chandra | Review communications from opposing counsel demanding discovery and communications with co-counsel regarding status of same. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 09/29/2017 | | Marvin Brown | Finalized and filed joint status report with the court; follow-up on medical and education records collection. | 0.50 | $265.00 | $132.50 |
| 09/29/2017 | | Ashlie Sletvold | Attention to email traffic on defense demands for records, internal consult re same. | 0.10 | $400.00 | $40.00 |
| 10/25/2017 | | Subodh Chandra | Review communications from/with opposing counsel Climer regarding medical-records production. Respond to same. Further discussion with co-counsel regarding same. | 0.20 | $500.00 | $100.00 |
| 10/25/2017 | | Marvin Brown | Discussion with co-counsel re records collection requested by defense for mediation; further follow-up efforts to obtain compliance. 2.3 hours waived) | 4.60 | $265.00 | $609.50 |
| 10/27/2017 | | Marvin Brown | Went to MetroHealth to attempt to collect medical records. | 0.50 | $265.00 | $132.50 |
| 10/30/2017 | | Marvin Brown | Retrieved medical files from MetroHealth as requested by defense; reviewed MetroHealth records for D.J. and J.G. | 4.80 | $265.00 | $1,272.00 |
| 10/31/2017 | | Ashlie Sletvold | Review of records to provide in advance of mediation per defense request; revise correspondence to accompany records delivery. | 1.50 | $400.00 | $600.00 |
| 10/31/2017 | | Marvin Brown | Finished reviewing medical records and prepared transmission letter to defendants. | 1.50 | $265.00 | $397.50 |
| 11/15/2017 | | Marvin Brown | Research on excessive-force claims; began drafting mediation statement. | 7.20 | $265.00 | $1,908.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/16/2017 | Marvin Brown | Continued research on excessive-force cases and qualified immunity; continued review of public-records request and drafting mediation statement. | 3.50 | $265.00 | $927.50 |
| 11/27/2017 | Marvin Brown | Continued drafting mediation statement; additional research re: discipline and training as to excessive-force claim. | 6.50 | $265.00 | $1,722.50 |
| 11/28/2017 | Ashlie Sletvold | Discussion with M. Brown regarding mediation prep; provide guidance on draft mediation statement; discussion with S. Chandra re progress on mediation prep. (0.9 hours waived) | 0.90 | $400.00 | $0.00 |
| 11/28/2017 | Subodh Chandra | Discussions with co-counsel re J.G. pre-mediation conference and odd position taken by Library's counsel. | 0.50 | $500.00 | $250.00 |
| 11/28/2017 | Marvin Brown | Discussion with A. Sletvold regarding mediation statement and continued work on same. (6.5 hours waived) | 6.50 | $265.00 | $0.00 |
| 11/29/2017 | Marvin Brown | Finished draft of mediation statement. (3.5 hours waived) | 7.00 | $265.00 | $927.50 |
| 11/29/2017 | Ashlie Sletvold | Review/revise draft mediation statement. | 1.20 | $400.00 | $480.00 |
| 11/30/2017 | Ashlie Sletvold | Meet with clients to prepare for mediation. (2.7 hours waived) | 2.70 | $400.00 | $0.00 |
| 11/30/2017 | Marvin Brown | Met with clients to discuss mediation. (1.6 hours waived) | 1.60 | $265.00 | $0.00 |
| 12/03/2017 | Marvin Brown | Edits to mediation statement based on discussion with clients. | 2.00 | $265.00 | $530.00 |
| 12/09/2017 | Subodh Chandra | Edit mediation statement. Communications with M. Ungar re same. | 1.30 | $500.00 | $650.00 |
| 12/11/2017 | Subodh Chandra | Prepare for tomorrow's mediation including preparation of opening mediation statement. Need to invest the time because library's counsel insisted on opening statements and asserted that he is going to make a detailed one. | 1.40 | $500.00 | $700.00 |
| 12/12/2017 | Marvin Brown | Mediation. (4.7 hours waived) | 4.70 | $265.00 | $0.00 |
| 12/12/2017 | Subodh Chandra | Mediation. | 11.50 | $500.00 | $5,750.00 |
| 12/18/2017 | Subodh Chandra | Post-mediation status discussion with M. Brown and need to file motion to lift the stay because of mediation failure. Review, edit, and approve motion to lift the stay. | 0.10 | $500.00 | $50.00 |
| 12/18/2017 | Marvin Brown | Discuss motion to lift stay with S. Chandra. Drafted same. | 0.10 | $265.00 | $26.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/2017 | Ashlie Sletvold | Call with C. OSullivan re library offer to resolve for $30,000 for library; discussion with S. Chandra regarding offer. (0.6 hours waived) | 0.60 | $400.00 | $0.00 |
| 12/20/2017 | Subodh Chandra | Field tel. call from Corky OSullivan, counsel for Defendant Library, with nominal settlement offer of $30,000. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 12/29/2017 | Donald Screen | Research regarding ways to minimize client exposure to setoff by non-settling defendants. (0.6 hours waived) | 0.60 | $500.00 | $0.00 |
| 01/01/2018 | Donald Screen | Research regarding ways to minimize client exposure to setoff by non-settling defendants. (0.4 hours waived) | 0.40 | $500.00 | $0.00 |
| 01/03/2018 | Marvin Brown | Spoke with S. Robinson regarding information needed for medicaid notification form; began drafting submission to obtain medicaid lien information. | 0.20 | $265.00 | $53.00 |
| 01/04/2018 | Donald Screen | Research regarding joint tortfeasor liability; conference with S. Chandra regarding same. (3.7 hours waived) | 3.70 | $500.00 | $0.00 |
| 01/05/2018 | Marvin Brown | Submitted Medicaid notices and began drafting discovery requests to all Defendants. | 1.80 | $265.00 | $477.00 |
| 01/10/2018 | Marvin Brown | Continued drafting discovery requests to all Defendants. | 2.00 | $265.00 | $530.00 |
| 01/10/2018 | Donald Screen | Research regarding liability of joint tortfeasors in section 1983 actions. (2.9 hours waived) | 2.90 | $500.00 | $0.00 |
| 01/15/2018 | Marvin Brown | Prepared discovery documents and CMC report of the parties planning. | 3.50 | $265.00 | $927.50 |
| 01/15/2018 | Subodh Chandra | Strategize with Marvin re 26(f) conference and case-management conference; tel. call with K. Melling with Mazanec and attention to M. Brown reports on efforts to reach other counsel; edit draft 26(f) report and communicate it to all counsel; review responses. Communication to opposing counsel OSullivan with Library re settlement. (1.2 hours waived) | 1.20 | $500.00 | $0.00 |
| 01/20/2018 | Subodh Chandra | Analyze and revise requests for production of documents, requests for admission, and interrogatories—all Defendants. | 0.70 | $500.00 | $350.00 |
| 01/22/2018 | Marvin Brown | Continued preparing first set of discovery requests based on edits of S. Chandra. | 1.40 | $265.00 | $371.00 |
| 01/24/2018 | Marvin Brown | Finalized for transmission plaintiffs' first set of discovery requests-interrogatories, production requests, and admission requests to all Defendants. | 5.50 | $265.00 | $1,457.50 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/25/2018 | Subodh Chandra | Receive and analyze settlement counteroffer from CNA for the Library. Communicate with clients regarding same. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 01/26/2018 | Marvin Brown | Emailed opposing counsel regarding 26(a) disclosures; spoke with clients about Medicaid authorization forms. | 0.50 | $265.00 | $132.50 |
| 01/31/2018 | Subodh Chandra | Review and consideration of opposing counsel C. OSullivans latest settlement offer on Library's behalf. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 02/01/2018 | Subodh Chandra | Continued settlement negotiations with C. OSullivan for the Library. Strategize with clients and co-counsel regarding same, as well as Ohio Medicaid programs settlement-recovery expectations. (0.3 hours waived) | 0.30 | $500.00 | $0.00 |
| 02/01/2018 | Ashlie Sletvold | Email discussions regarding settlement communications with the library and Ohio Department of Medicaid regarding potential liens on any recovery; review correspondence from Ohio Tort Recovery Unit regarding J.G. and D.J. (0.2 hours waived) | 0.20 | $400.00 | $0.00 |
| 02/05/2018 | Ashlie Sletvold | Review/revise initial disclosures. | 0.20 | $400.00 | $80.00 |
| 02/06/2018 | Subodh Chandra | Further consideration of settlement-negotiation status with the Library. Further communications with opposing counsel C. O'Sullivan regarding same. Communications with clients regarding same. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 02/07/2018 | Ashlie Sletvold | Discussion with S. Chandra regarding call with J. Climer about settlement efforts. (0.1 hours waived) | 0.10 | $400.00 | $0.00 |
| 02/07/2018 | Subodh Chandra | Field tel. call from opposing counsel Jim Climer, counsel for the City regarding potential for settlement discussion with the City and the insurance carrier if certain individual defendants are dismissed at least without prejudice. Tel. call with A. Sletvold delegating further analysis. | 0.20 | $500.00 | $100.00 |
| 02/12/2018 | Marvin Brown | Finalized initial disclosures and letters to Medicaid personnel. | 0.80 | $265.00 | $212.00 |
| 02/15/2018 | Subodh Chandra | Analyze K. Melling email with disclosures and report of video recordings that were previously not produced in response to public-records requests. Consideration of same. Respond to Melling and Law Director Butler asking why these videos were withheld. Communications regarding the above with clients. | 0.20 | $500.00 | $100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 02/17/2018 | Ashlie Sletvold | Review library settlement agreement. (0.9 hours waived) | 0.90 | $400.00 | $0.00 |
| 02/20/2018 | Subodh Chandra | Strategy discussion with M. Brown regarding settlement with library and review of video evidence regarding individual officers and potential dismissal without prejudice to facilitate settlement discussion with the City, per request of opposing counsel J. Climer. Further consideration of same and issues presented by consultation with probate counsel A. Fried. (0.3 hours waived) | 0.30 | $500.00 | $0.00 |
| 02/20/2018 | Marvin Brown | Discuss video evidence received regarding individual officers, requested dismissals, and next steps with S. Chandra. (0.3 hours waived) | 0.30 | $265.00 | $0.00 |
| 02/21/2018 | Ashlie Sletvold | Review correspondence from defense counsel regarding dismissing individual defendants; view video regarding same. | 0.80 | $400.00 | $320.00 |
| 02/21/2018 | Marvin Brown | Analyzed body-cam footage to analyze liability of individual officers; internal discussion regarding same. (1 hour waived) | 1.00 | $265.00 | $0.00 |
| 02/21/2018 | Donald Screen | Conferences with M. Brown, S. Chandra regarding strategy, requirements for settling with library; consideration of same. (0.7 hours waived) | 0.70 | $500.00 | $0.00 |
| 02/21/2018 | Subodh Chandra | Conference with co-counsel re request from defense counsel to dismiss individual officers to facilitate settlement. (0.7 hours waived) | 0.70 | $500.00 | $0.00 |
| 02/22/2018 | Subodh Chandra | Further discussions with M. Brown and A. Sletvold re stipulated dismissal of officer cases. Further outreach to A. Fried regarding library settlement. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 02/23/2018 | Marvin Brown | Drafted stipulated dismissal of Lakewood police officers. (0.5 hours waived) | 0.50 | $265.00 | $0.00 |
| 02/23/2018 | Donald Screen | Conference with M. Brown regarding strategy for settling with library, dismissal of officers. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 02/23/2018 | Subodh Chandra | Edit stipulated dismissal and circulate among counsel. Review and note concurrences from counsel for City, individual officers, officer Jones; still waiting for response from library's counsel. Analyze and consider report from A. Sletvold regarding observations from videos of interviews of clients performed by officers not properly previously produced in response to public-records requests. | 0.30 | $500.00 | $150.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2018 | Ashlie Sletvold | Review/revise library settlement. (1.3 hours waived) | 1.30 | $400.00 | $0.00 |
| 03/02/2018 | Marvin Brown | Filed stipulated notice of dismissal; spoke with Medicaid about issuing a final lien amount. (0.3 hours waived) | 0.60 | $265.00 | $79.50 |
| 03/13/2018 | Subodh Chandra | Continued internal strategic discussions on minimizing reimbursement to Medicaid. Respond to C. O'Sullivan's email regarding status of settlement with Lakewood Public Library and leave a message for him. Edit draft settlement agreement with Lakewood Library. Direct and review research regarding Medicaid set-off implications. Call with clients re: settlement strategy. (0.4 hours waived) | 0.40 | $500.00 | $0.00 |
| 03/16/2018 | Subodh Chandra | Discussions with M. Brown regarding Medicaid update on dollars expected by Medicaid program from case resolutions. | 0.20 | $500.00 | $100.00 |
| 03/16/2018 | Marvin Brown | Drafted letter to ODM memorializing conversation about lien amount; discussion with S. Chandra re: same. (0.5 hours waived) | 1.00 | $265.00 | $132.50 |
| 04/03/2018 | Subodh Chandra | Review 3/28 response email from J. Climer re launching settlement dialogue and respond to same. | 0.10 | $500.00 | $50.00 |
| 04/04/2018 | Thomas Lindeman | Review discovery responses and draft deficiency letter. (3.5 hours waived) | 3.50 | $150.00 | $0.00 |
| 04/18/2018 | Subodh Chandra | Tel. call with J.G. Consider same. Mediation/settlement correspondence to opposing counsel J. Climer, et al. Settlement communications with Library's lawyer, C. O'Sullivan. (0.4 hours waived) | 0.40 | $500.00 | $0.00 |
| 05/02/2018 | Thomas Lindeman | Review discovery requests, begin response to rogs and RFAs. (0.8 hours waived) | 0.80 | $150.00 | $0.00 |
| 05/03/2018 | Thomas Lindeman | Phone call with SC, review, and edit deficiency letter. (0.6 hours waived) | 0.60 | $150.00 | $0.00 |
| 05/07/2018 | Thomas Lindeman | RFA and rog drafting. (1 hour waived) | 1.00 | $150.00 | $0.00 |
| 05/08/2018 | Subodh Chandra | Communications with T. Lindeman about discovery compliance and current edits to discovery-deficiency letter to Officer Jones. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 05/09/2018 | Subodh Chandra | Finalize discovery-deficiency letter to counsel for Officer Jones and delegate tasks regarding same. Review draft discovery responses to defense requests. Review settlement communication from C. O'Sullivan for Lakewood Library. Study and discuss Rule 68 offer of judgment from Defendant City. | 0.80 | $500.00 | $200.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Communications with and tel. call with clients. (0.4 hours waived) | | | |
| 05/09/2018 | Thomas Lindeman | draft discovery responses and send to SC. (3.5 hours waived) | 3.50 | $150.00 | $0.00 |
| 05/24/2018 | Subodh Chandra | Attention to email from library's counsel. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 05/29/2018 | Patrick Haney | Prepare notice of counsel substitution. (0.3 hours waived) | 0.30 | $295.00 | $0.00 |
| 05/29/2018 | Subodh Chandra | Revise Library settlement agreement release language that C. O'Sullivan offered after discussion with A. Sletvold. Transmit same to C. O'Sullivan. (0.3 hours waived) | 0.30 | $500.00 | $0.00 |
| 05/29/2018 | Ashlie Sletvold | Discussion with S. Chandra regarding remaining disputed language in draft settlement agreement with library. (0.3 hours waived) | 0.30 | $400.00 | $0.00 |
| 05/30/2018 | Ashlie Sletvold | Review and provide comments regarding draft discovery responses; discussion with S. Chandra regarding same. | 1.90 | $400.00 | $760.00 |
| 05/30/2018 | Subodh Chandra | Strategy work with A. Sletvold on responses to Defendants' discovery requests. | 1.10 | $500.00 | $550.00 |
| 05/31/2018 | Ashlie Sletvold | Review/revise draft interrogatory responses for J.G. and D.J.; message to S. Chandra regarding finalizing same and plan to complete production responses. | 1.20 | $400.00 | $480.00 |
| 06/03/2018 | Ashlie Sletvold | Review/revise draft responses to production requests; message to S. Chandra regarding same. | 1.10 | $400.00 | $440.00 |
| 06/18/2018 | Subodh Chandra | Further discovery planning and delegation. | 0.30 | $500.00 | $150.00 |
| 06/19/2018 | Ashlie Sletvold | Review email from S. Chandra regarding outstanding discovery tasks. Formulate plan to complete. | 0.30 | $400.00 | $120.00 |
| 06/25/2018 | Ashlie Sletvold | Discussion with P. Kabat regarding plans to transition M. Brown duties on matter; discussion with J. Climer about further attempt to resolve before further resources are expended. | 0.20 | $400.00 | $80.00 |
| 06/26/2018 | Subodh Chandra | Communications from Library's counsel re settlement and communications with co-counsel re settlement discussions. (0.2 hours waived) | 0.20 | $500.00 | $0.00 |
| 06/29/2018 | Subodh Chandra | Communications with A. Sletvold regarding settlement/mediation discussions posture, last demand, strategy for resolution. | 0.10 | $500.00 | $50.00 |

| Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/2018 | Ashlie Sletvold | Review offer of judgment and email correspondence regarding last demand; call with T. Gray regarding settlement; update S. Chandra on status; call with clients for authority; deliver settlement proposal. | 0.80 | $400.00 | $320.00 |
| 07/11/2018 | Ashlie Sletvold | Call with J.G. re status; call with T. Gray regarding settlement negotiations. | 0.20 | $400.00 | $80.00 |
| 07/17/2018 | Ashlie Sletvold | Return call T. Gray. | 0.10 | $400.00 | $40.00 |
| 07/18/2018 | Ashlie Sletvold | Return call to T. Gray. | 0.10 | $400.00 | $40.00 |
| 07/23/2018 | Ashlie Sletvold | Call with T. Gray. | 0.10 | $400.00 | $40.00 |
| 07/24/2018 | Ashlie Sletvold | Review offer of judgment; contact clients to discuss proposal; prepare notice of acceptance per approval from clients; draft stipulated dismissal with prejudice of individual officers; draft stipulated dismissal with prejudice of library; draft notice of filing offer and acceptance and request for clerk to enter judgment; communicate with staff re filing protocol; deliver notice of acceptance and proposed stipulated dismissals to defense counsel. (1.2 hours waived) | 1.20 | $400.00 | $0.00 |
| 07/30/2018 | Ashlie Sletvold | Call to Library counsel for consent to file dismissals; send follow-up email; direct paralegal regarding filing stipulated dismissals with prejudice. (0.3 hours waived) | 0.30 | $400.00 | $0.00 |

| | | |
|---|---|---|
| | **Line Item Discount Subtotal** | **-$27,284.00** |
| | **Subtotal** | **$42,879.50** |
| | **Total** | **$42,879.50** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1169 | 08/16/2018 | $6,278.07 | $0.00 | $6,278.07 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

| 1175 | 08/21/2018 | $42,879.50 | $0.00 | $42,879.50 |
|---|---|---|---|---|
| | | | **Outstanding Balance** | **$49,157.57** |
| | | | **Total Amount Outstanding** | **$49,157.57** |