

# INVOICE

Invoice # 1177
Date: 08/22/2018
Due Upon Receipt

1265 West 6th Street, Suite 400
Cleveland, Ohio 44113-1326
United States

Sabrina Robinson

## Robinson, Sabrina—Fee petition in J.G., et al. v. Jones, et al.—00130

## Fee petition in J.G., et al. v. Jones, et al.

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 07/26/2018 | Ashlie Sletvold | Begin review of attorneys' fees detailed in billing system to prepare for submitting fee petition; analyze time entries to determine time to seek and time to waive; collect previous declarations for use in preparing supporting evidence. | 1.20 | $400.00 | $480.00 |
| 07/31/2018 | Ashlie Sletvold | Review expenses detailed in billing system for fee petition; outline my declaration for supporting evidence. | 1.10 | $400.00 | $440.00 |
| 08/03/2018 | Ashlie Sletvold | Further drafting my declaration to submit with fee petition; draft declaration of S. Chandra; draft declaration of M. Brown; call with S. Chandra re court-ordered deadline to submit fee petition; ensure docketing of same. | 1.50 | $400.00 | $600.00 |
| 08/03/2018 | Subodh Chandra | Conference with A. Sletvold re filing deadline for fees motion. (0.1 hours waived) | 0.10 | $500.00 | $0.00 |
| 08/06/2018 | Sandhya Gupta | Discuss draft fees petition with A. Sletvold; identify recent expert resources supporting hours and rates. (0.5 hours waived) | 0.50 | $350.00 | $0.00 |
| 08/06/2018 | Ashlie Sletvold | Discussion with S. Gupta regarding latest forms for fee petition; edits to my declaration, S. Zaranko declaration, and S. Chandra declaration supporting fees; collect comparators regarding hourly rates in fee-paying cases; strategize regarding preparing support for fee petition; contact J. Greene regarding expert declaration. | 1.60 | $400.00 | $640.00 |
| 08/07/2018 | Ashlie Sletvold | Edits to fee petition and declarations; update legal research regarding rates approved in this district. | 2.20 | $400.00 | $880.00 |



EXHIBIT 1D

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2018 | Malek Khawam | Conduct legal research regarding recoverability under § 1998 of mediation fees paid as part of an unsuccessful attempt to mediate a case; report results to A. Sletvold. (1.1 hours waived) | 1.10 | $150.00 | $0.00 |
| 08/09/2018 | Ashlie Sletvold | Further edits to fee petition; analyze and incorporate law-clerk research regarding mediation fees; discussion with A. Friedman regarding expert opinion on reasonableness of hours/rates. | 1.00 | $400.00 | $400.00 |
| 08/10/2018 | Malek Khawam | Conduct legal research regarding recoverability of investigator fees under § 1988. (0.6 hours waived) | 0.60 | $150.00 | $0.00 |
| 08/15/2018 | Ashlie Sletvold | Continue drafting fee petition, edits to supporting declarations, final review of invoice. | 3.50 | $400.00 | $1,400.00 |
| 08/16/2018 | Donald Screen | Review and revise fee petition; conference with A. Sletvold regarding same, related issues. (1.2 hours waived) | 1.20 | $500.00 | $0.00 |
| 08/16/2018 | Ashlie Sletvold | Prepare and transmit fee materials to A. Friedman for expert opinion. | 0.20 | $400.00 | $80.00 |
| 08/17/2018 | Ashlie Sletvold | Call with A. Friedman re fee petition and expert declaration; review/revise tables to accompany S. Zaranko declaration. | 0.30 | $400.00 | $120.00 |
| 08/18/2018 | Ashlie Sletvold | Calls to C. Bashein and C. Thorman re fees declarations; draft C. Bashein declaration and provide him with supporting materials. | 0.30 | $400.00 | $120.00 |
| 08/19/2018 | Ashlie Sletvold | Call with C. Thorman re fees declarations; draft C. Thorman declaration and provide him with supporting materials. | 0.50 | $400.00 | $200.00 |
| 08/21/2018 | Ashlie Sletvold | Work with S. Zaranko on finalizing fee petition, ensuring appropriate redaction of evidentiary invoices to ensure client confidences maintained; follow up with expert fee declarants regarding finalizing and executing declarations; further edits to fee petition; discussion with S. Chandra regarding fee petition following his review. | 3.20 | $400.00 | $1,280.00 |
| 08/21/2018 | Subodh Chandra | Edit fee petition. Review Thorman declaration and his inquiry. (0.3 hours waived) | 0.30 | $500.00 | $0.00 |

| | |
|---|---|
| **Line Item Discount Subtotal** | -$1,230.00 |
| **Subtotal** | $6,640.00 |
| **Total** | $6,640.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 1177 | 08/22/2018 | $6,640.00 | $0.00 | $6,640.00 |
| | | | **Outstanding Balance** | **$6,640.00** |
| | | | **Total Amount Outstanding** | **$6,640.00** |

Please make all amounts payable to: The Chandra Law Firm LLC

Payment is due upon receipt.