## MINUTES OF PROCEEDINGS NORTHERN DISTRICT OF OH

| | |
|---|---|
| J.G., et al., <br><br>        Plaintiff(s), <br> v. <br><br> Jones, et al., <br><br>        Defendant(s). | Date:   August 29, 2018 <br><br> Judge Donald C. Nugent <br><br> Court Reporter: None <br><br> Case Number: 1:17 CV 1171 |

Status conference held w/ all counsel present. Case previously settled but counsel are in disagreement on fees. Def believes case settled inclusive of fees while ℗ says settlement (offer of judgment) was exclusive of fees.

Hearing on Motion to Vacate set 10/12/18 @ 8:30 AM — Any Motion to be filed by 9/7/18, response due by 9/21/18; reply, if any, due 9/28/18.

All counsel notified of this ORDER.

All pending motions are stayed pending decision of Motion to Vacate.

Length of Proceeding: 45 MIN

Donald C. Nugent 8/29/18
United States District Judge